UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHRISTHIAN AYBAR-BERROA,

Defendant.

**Affirmation in Support of Application for Order of Continuance**

25 Mag. 2309-2

State of New York )
County of New York : ss.:
Southern District of New York )

Mostafa Khairy, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am a Special Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated July 23, 2025, with violating 18 U.S.C. § 3. The defendant was arrested on July 24, 2025, and was presented in this District before Magistrate Judge Ona T. Wang on July 25, 2025, at which proceeding the defendant was represented by Neil Kelly, Esq., and ordered detained.

3. At the presentment on July 25, 2025, a preliminary hearing was scheduled for August 8, 2025. Under the Speedy Trial Act, the Government has until August 8, 2025, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before August 8, 2025.

5. Therefore, the Government requests a 14-day continuance until August 22, 2025, to continue the foregoing discussions toward resolving this matter. On July 31, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to August 22, 2025, and has specifically consented to this request.

6. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
August 1, 2025

Mostafa Khairy

Mostafa Khairy
Special Assistant United States Attorney
Tel.: 212-637-2406