UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MIGUEL FRANCISCO MORA NUNEZ
and CHRISTHIAN AYBAR-BERROA,

Defendants.

INDICTMENT

25 Cr.

25 CRIM 367

## COUNT ONE
### (Possession of Ammunition by an Illegal Alien)

The Grand Jury charges:

1. On or about July 19, 2025, in the Southern District of New York and elsewhere, MIGUEL FRANCISCO MORA NUNEZ, the defendant, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed ammunition, to wit, one .380 caliber live Sig Sauer cartridge and one .380 caliber PMC cartridge casing, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(5).)

## COUNT TWO
### (Accessory After the Fact to Possession of Ammunition by an Illegal Alien)

The Grand Jury further charges:

2. From at least on or about July 19, 2025, up to and including on or about July 21, 2025, in the Southern District of New York and elsewhere, CHRISTHIAN AYBAR-BERROA, the defendant, knowing that an offense against the United States had been committed, to wit, that an illegal alien had knowingly possessed ammunition, as charged in Count One, received, received,

relieved, comforted, and assisted an offender in order to hinder and prevent his apprehension, trial, and punishment.

(Title 18, United States Code, Section 3.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, MIGUEL FRANCISCO MORA NUNEZ, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all ammunition involved in or used in said offense, including but not limited to:

    a. One .380 caliber PMC cartridge casing.

    b. One .380 caliber Sig Sauer cartridge.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney