

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 26, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Peal Street
New York, New York 10007

    Re:    *United States v. Miguel Mora Nunez, et al.*, 25 Cr. 367 (LAP)

Dear Judge Preska:

    On August 13, 2025, a two-count indictment was returned by a grand jury charging defendant Miguel Francisco Mora Nunez with possession of ammunition by an illegal alien, in violation of 18 U.S.C. § 922(g)(5), and defendant Christhian Aybar-Berroa with accessory after the fact to possession of ammunition by an illegal alien, in violation of 18 U.S.C. § 3. *See* Dkt. No. 13. As per the Court's instructions, on August 25, 2025, the defendants were arraigned by Judge Parker. *See* Dkt. Nos. 15, 18. Judge Parker set a control date of September 15, 2025 and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that date.

    Following the defendants' August 25, 2025 arraignments, the Court directed the parties to confer and propose dates for the Court to hold an initial pre-trial conference. The parties respectfully submit they are available on the following dates and times:

- Tuesday, September 2, 2025, after 2:00 p.m.;
- Wednesday, September 3, 2025, before 12:00 p.m.; and
- Thursday, September 4, 2025, after 2:00 p.m.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    *Mostafa Khairy*
    Mostafa Khairy
    Special Assistant United States Attorney
    Tel.: (212) 637-2406

cc:    Florian Miedel, Esq. (by ECF)
    Neil P. Kelly, Esq. (by ECF)