

VIA ECF  
The Honorable Loretta A. Preska  
United States District Judge  
United States District Court  
500 Pearl Street  
New York, New York 10007  

January 6, 2026

RE: *United States v. Mora-Nunez*  
25-Cr-367 (LAP)

Dear Judge Preska:

On December 12, 2025, Mr. Mora-Nunez's co-defendant, Mr. Aybar-Berroa filed a detailed and comprehensive motion to dismiss the superseding indictment based on the argument that 18 U.S.C. § 922(g)(5) violates the Second Amendment to the United States Constitution and is therefore unconstitutional. By letter motion dated December 13, 2025, Mr. Mora Nunez also moved to dismiss the superseding indictment based entirely on the facts and arguments set out in Mr. Aybar-Berroa's memorandum of law in support of his motion to dismiss, and adopted those facts and argument as his own.

On December 29, 2025, the government filed its opposition to defendants' motions. *See* ECF No. 27. On January 5, 2026, Mr. Aybar-Berroa filed a memorandum of law in reply to the government's opposition. *See* ECF No. 28. Mr. Mora-Nunez hereby joins and adopts Mr. Aybar-Berroa's reply memorandum in its entirety. For the reasons set forth in Mr. Aybar-Berroa's motion to dismiss, his memorandum of law in support of that motion, as well as his reply memorandum of law, this Court should dismiss the single count in the superseding indictment against Mr. Mora Nunez.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel  
*Attorney for Miguel Mora Nunez*

cc: All Counsel (*via* ECF)

Miedel & Mysliwiec LLP  
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com