Q2JBNUNC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

v. 25 Cr. 367 (LAP)

MIGUEL FRANCISCO MORA NUNEZ,

Defendant.

Conference
------------------------------x

New York, N.Y.
February 19, 2026
10:00 a.m.

Before:

HON. SARAH NETBURN,

U.S. Magistrate Judge

APPEARANCES

JAY CLAYTON
United States Attorney for the
Southern District of New York
BY: MOSTAFA KHAIRY
Special Assistant United States Attorney

FLORIAN MIEDEL
Attorney for Defendant

Also Present: Antonio Bolfo, Special Agent, HSI

Gabriel Mitre, Interpreter (Spanish)

(Case called)

THE DEPUTY CLERK: Starting with the government, please state your name for the record.

MR. KHAIRY: Good morning, your Honor.

Special Assistant United States Attorney Mostafa Khairy, and I'm joined at counsel table by HSI Special Agent Antonio Bolfo; as well as, even though not at counsel table, we do have the pleasure of having one of the victims in this case present in the courtroom.

THE COURT: Thank you.

MR. MIEDEL: Good morning, your Honor.

Florian Miedel for Mr. Mora Nunez who is here with me.

THE COURT: Thank you. And good morning, Mr. Mora. My name is Judge Netburn.

THE DEFENDANT: Good morning.

THE COURT: If at any point in time your interpreter device should stop working, just raise your hand so we can make sure we correct it. Okay. Do you understand that?

THE DEFENDANT: If I may speak today. I came here to court because I'd like to fire my attorney. He is an unstable attorney. I would like that to be on the record, and I would like an investigator to be assigned to my case and to be assigned a doctor, please, and a psychologist, please, if you will do me the favor. I am suffering very much at the MDC in recent months because I'm getting beaten up a lot.

The other day I passed out in my cell, and they came in and beat me up. Please, I'm a human being too. I'm someone who's also a human being, not any other kind of person. I think that there must be something wrong in my head because I been beaten up a lot, if you could have a doctor check me, please. And everything that I'm saying, I want that to be on the record, please.

THE COURT: Well, we have a court reporter here, so everything that you're saying is on the record. Mr. Miedel, do you want to respond, both to the breakdown it sounds like in the relationship, but also the allegations that he has been abused while at MDC?

MR. MIEDEL: Judge, I was under the impression we're proceeding with the guilty plea. This is the first I've heard of Mr. Mora wanting to change counsel, so I don't have anything to say about that. I've seen him twice in the last 10 days. My co-counsel from the state court case saw him two days ago. That being said, if Mr. Mora would like a new attorney, I'm certainly not going to insist that I remain on the case.

One of the things I wanted to accomplish today in addition to the guilty plea was to ask the Court to put in a request or an order to have Mr. Mora seen by a doctor. The reason for that was because, when I saw Mr. Mora last Thursday, he described what he just said, that he had been beaten up in his cell, that had he an excruciating headache, that he had

blood in his stool, that he was not seen by a medical professional. I reached out to the MDC legal department as a result of that, was told that he had refused medical attention. I can't believe that's true given his request to see a doctor and continual request to see a doctor. Perhaps there was a language issue or misunderstanding, or perhaps they're not being truthful. I don't know.

But since that time, his headaches have continued. When I spoke with him just now before court, he told me the last time he had blood in his stool was about three days ago. Again, for those reasons, regardless whether I remain on as counsel or not, I would ask the Court to issue an order to have him seen by a doctor.

THE COURT: Okay. Thank you. I will absolutely do that, and I took notes while you were speaking so I'll make sure that's included in my report. And I'll ask for there to be an investigation to whether or not he was involved in a use of force incident over the last couple of weeks while at MDC.

Do you prefer going by Mr. Mora or Mr. Mora Nunez?

THE DEFENDANT: However, Mora Nunez.

THE COURT: Mr. Mora Nunez, I will go ahead and make a request that you get medical attention at MDC and that there be an investigation to whether or not there was a use of force incident that you were involved with.

With respect to your request for a change of counsel,

we can do that if that's what you are seeking. It was my understanding that you are here for the purposes of entering a guilty plea. But if you do not feel like you have received counsel that you're satisfied with, and believe that you need new counsel, we can appoint you new counsel. We don't have an endless supply of lawyers who are available.

But if you feel like there has been a breakdown in your relationship, I will approve your request to substitute out Mr. Miedel with the next lawyer that's available to represent you.

Is that what you're seeking?

THE DEFENDANT: Yes.

THE COURT: So we're going to adjourn today's plea proceeding, and we are going to make an application to substitute you for a new lawyer. Okay.

THE DEFENDANT: Okay.

THE COURT: With respect to your request for an investigation or otherwise with respect to your lawyer, those requests are denied. All right.

To the people in the gallery, I apologize. It appears that we are not going to move forward with today's plea proceeding. Mr. Mora Nunez has requested new counsel, and I want to make sure that if we do move forward in this case, that there are no legal issues or potential appellate issues that could be raised.

So it's really in the best interest of justice and ultimately finality that Mr. Mora Nunez is satisfied with his lawyer; so I apologize to the extent those of you here have taken time off work or otherwise to be here. I recognize you all, and I apologize that we're not going to move forward with the plea proceeding.

But again, I want to make sure I'm respecting Mr. Mora Nunez's constitutional rights and make sure that we don't have any potential issues down the road with respect to this plea proceeding.

Anything that the government would like to put on the record before we adjourn?

MR. KHAIRY: Yes, your Honor. Obviously we take any allegations of the defendant suffering any abuse or being assaulted in MDC very seriously, so I will contact the MDC personally.

THE COURT: Thank you.

MR. KHAIRY: However, I do just want to point out that the last time the defendant said in court that he was denied medical attention, that proved to be demonstrable false. So that's another thing we will be looking into.

THE COURT: Okay. Thank you. Anything further from you?

MR. MIEDEL: No, your Honor. Thank you.

THE COURT: Okay. I don't know whether or not we need

to -- how we need to manage the substitution, but we'll just do it and be in touch. All right. Thank you, everybody. We're adjourned.

(Adjourned)